IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF MISSISSIPPI
SOUTHERN DIVISION

ESTATE OF KATELYN HICKS,
DECEASED, through Katelyn Hicks'
Personal Representative, William
Dean Hicks                                                     PLAINTIFF

VERSUS                                      CAUSE NO. 1:12cv00194 LG-JMR

MATHEW C. WALLACK, M.D.                                        DEFENDANT

### JUDGMENT OF DISMISSAL

THIS CAUSE HAVING COME on to be heard this day before this Court upon

the motion of the parties for dismissal, with prejudice, and the Court having

considered same, and it appearing that these parties have reached a resolution of

this controversy without the necessity of further litigation, is of the opinion that the

same should be sustained.

**IT IS, THEREFORE, ORDERED and ADJUDGED** that the Motion of the

parties hereto, be and the same is hereby sustained and this cause is hereby

dismissed, with prejudice, with each party to bear their own court costs.

SO ORDERED and ADJUDGED this the _16th_ day of _September_, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

/s/ _Ian A. Brendel_
IAN A. BRENDEL (MSB 102659)
Attorney for Plaintiff

/s/ _John A. Banahan_
JOHN A. BANAHAN (MSB 1731)
Attorney for Defendant